# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 27, 2025

Lyle W. Cayce
Clerk

———————————

No. 23-10994

———————————

SPECTRUM WT; BARRETT BRIGHT; LAUREN STOVALL,

*Plaintiffs—Appellants*,

*versus*

WALTER WENDLER; DR. CHRISTOPHER THOMAS; JOHN SHARP；
ROBERT L. ALBRITTON; JAMES R. BROOKS; JAY GRAHAM; TIM
LEACH; BILL MAHOMES; ELAINE MENDOZA; MICHAEL J.
PLANK; CLIFF THOMAS; DEMETRIUS L. HARRELL, JR.;
MICHAEL A. HERNANDEZ, III,

*Defendants—Appellees*.

———————————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

———————————————————————————

ON PETITION FOR REHEARING EN BANC

(Opinion August 18, 2025, 5 CIR., 2025, 151 F.4th 714)

Before ELROD, *Chief Judge*, and JONES, SMITH, STEWART,
RICHMAN, SOUTHWICK, HAYNES, GRAVES, HIGGINSON,
WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, WILSON, and
DOUGLAS, and RAMIREZ, *Circuit Judges*.

No. 23-10994

Per Curiam:

A majority of the circuit judges in regular active service and not disqualified having voted in favor, on the Court's own motion, to rehear this case en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinion in this case dated August 18, 2025, is VACATED.